FORBES *v.* NOEL.

ATKINSON, J.   The evidence was of such character as to show no abuse of discretion in granting the injunction complained of.

*Judgment affirmed. All the Justices concur.*

Argued November 21,—Decided December 19, 1907.

Injunction.   Before Judge Pendleton.   Fulton superior court.
May 28, 1907.

*Maddox & Sims,* for plaintiff in error.   *L. W. Thomas,* contra.